1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-7301
7       Fax: (415) 436-7234
        E-Mail: natalie.lee2@usdoj.gov
8

9  Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )     No. CR 12-0819 RS
14                                     )
                                       )     [PROPOSED] ORDER DETAINING
15      v.                             )     DEFENDANT JOHN SELLERS PENDING
                                       )     TRIAL
16                                     )
   JOHN SELLERS,                       )     Date:       July 30, 2013
17                                     )     Time:       9:30 a.m.
        Defendant.                     )     Court:      Hon. Nandor J. Vadas
18                                     )
                                       )
19 ─────────────────────────────────── )

20      Defendant John Sellers is charged in a three count indictment with possessing with intent

21 to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1); possessing a firearm

22 during and in relation to, and in furtherance of, a drug trafficking crime, in violation of 18 U.S.C.

23 § 924(c); and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  The

24 United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a

25 detention hearing, as permitted by 18 U.S.C. § 3142(f).  On July 30, 2013, following a hearing

26 pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed

27 in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant

28 [PROPOSED] DETENTION ORDER
   No. CR 12-0819 RS                          1

1 detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

2 assure the appearance of defendant as required and the safety of any other person and the

3 community. See 18 U.S.C. §§ 3142(e) and (f); United States v. Motamedi, 767 F.2d 1403, 1406

4 (9th Cir. 1985).

5          After hearing argument from both counsel for defendant and counsel for the government,

6 the Court granted the government's motion to detain. Specifically, the Court noted that this is a

7 presumption case, and that it was concerned with defendant's criminal record which included

8 felony convictions involving drug sales and possession of a firearm. The Court further noted

9 that the allegations in the present case against defendant also included drug sales and possession

10 of a modified shotgun. The Court noted that it was concerned with defendant's prior probation

11 violations, and that defendant violated the terms of his previous state probation/parole conditions

12 when he left his father's residence after only two to three days and did not return.

13 **ORDER**

14          Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C.

15 § 3142(c) will reasonably assure the appearance of defendant as required and the safety of any

16 other person and the community.

17          Defendant is committed to the custody of the Attorney General or a designated

18 representative for confinement in a corrections facility separate, to the extent practicable, from

19 persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. §

20 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with

21 counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an

22 attorney for the government, the person in charge of the corrections facility must deliver

23 defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

24

25      IT IS SO ORDERED.

26

27 DATED: July 31, 2013

                           _____

                           HON. NANDOR J. VADAS

28                            United States Magistrate Judge