MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOHN SELLERS, <br><br> Defendant. | No. CR 12-00819 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On August 13, 2013, the parties made an initial status appearance before the Court during which time the parties requested, and the Court ordered, a continuance until October 15, 2013. The continuance was requested so that the defendant could review the discovery that had been produced by the United States. The continuance was also requested so that the United States could produce additional items that the defendant had requested and for plea discussions to occur.

The parties also requested, and the Court ordered, that the time between August 13, 2013 and October 15, 2013, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: August 14, 2013          /S/
          NATALIE LEE
          Assistant United States Attorney

DATED: August 14, 2013          /S/
          JODI LINKER
          Attorney for John Sellers

For the reasons stated above, this matter is continued until October 15, 2013 for a second status hearing. The Court finds that the exclusion of time from August 13, 2013 through October 15, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 8/14/13          _____
          HONORABLE RICHARD SEEBORG
          United States District Judge