1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Natalie.Lee2@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00819 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING MATTER AND EXCLUDING |
| v. ) | TIME UNDER 18 U.S.C. §3161 |
| ) | |
| JOHN SELLERS, ) | Date: November 12, 2013 |
| Defendant. ) | Time: 2:30 p.m. |
| ) | |

On October 15, 2013, the parties made a second status appearance before the Court during which time the parties requested, and the Court ordered, a continuance until November 12, 2013 for either a change of plea hearing or to set motions and/or trial. The continuance was requested so that the defendant could continue to review the discovery that had been produced by the United States and confer with defense counsel regarding possible plea negotiations.

The parties also requested, and the Court ordered, that the time between October 15, 2013 and November 12, 2013, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests

of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: October 15, 2013        /S/
    NATALIE LEE
    Assistant United States Attorney

DATED: October 15, 2013        /S/
    JODI LINKER
    Attorney for John Sellers

    For the reasons stated above, this matter is continued until November 12, 2013 for either a change of plea hearing or to set motions and/or trial.  The Court finds that the exclusion of time from October 15, 2013 through November 12, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 10/16/13        HONORABLE RICHARD SEEBORG
    United States District Judge